IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PERRY BAILES, SR.                                                                    PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:06CV311 (L)(S)

K. LIDDELL, M. BINGHAM, J. BLACKSTON                           DEFENDANTS

### ORDER OF DISMISSAL

Before the court for consideration is the motion of plaintiff Perry Bailes, Sr. to dismiss without prejudice, which the court finds should be granted.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case be dismissed without prejudice.

ORDERED AND ADJUDGED this 10th day of July, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE